**Kenneth ARTIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98874.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 18, 2013.

Gwenda Renee' Robinson, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and ZEL M. FISCHER, Sp. J.

*ORDER*

PER CURIAM.

Kenneth Artis appeals the judgment denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Artis' request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum set-

ting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).